# Exhibit "D"

# ALLOCATION OF SETTLEMENT

| # | FullName | CaregiverCode | Claim Amount for allocation purposes |
|---|---|---|---|
| 1 | FATIMA ABUKARI | AYS-1382 | $113.12 |
| 2 | OMOLARA ADEBAYO | AYS-1454 | $461.77 |
| 3 | ABIODUN B ADEMOYE | AYS-1450 | $113.12 |
| 4 | YEMISI ADEOSUN | AYS-1391 | $113.12 |
| 5 | FEBISHOLA ADEYEMI | AYS-1315 | $494.76 |
| 6 | VICTORIA CHEKWUBE ADIGWE | AYS-1533 | $131.94 |
| 7 | FOLASADE MARCELLINA AFOLABI CINTRON | AYS-1485 | $115.44 |
| 8 | SEKINAT AGBAJE | AYS-1110 | $2,704.67 |
| 9 | AKUA AJAO | AYS-1092 | $6,827.65 |
| 10 | FUNMILAYO J AKINDELE | AYS-1456 | $560.73 |
| 11 | OMOTOLA AKINKUNMI | AYS-1360 | $676.17 |
| 12 | MARY BOSEDE AKINTUNDE | AYS-1519 | $1,566.73 |
| 13 | JACQUELINE ALAGOA | AYS-1530 | $113.12 |
| 14 | JAEL ALERTE | AYS-1163 | $113.12 |
| 15 | MARY AMEYAA | AYS-1061 | $461.77 |
| 16 | TRACY ANN ANDERSON | AYS-1247 | $145.38 |
| 17 | ENETTE ANDRICE-DALZON | AYS-1336 | $113.12 |
| 18 | SAFIATOU BALDE | AYS-1147 | $2,572.74 |
| 19 | TAWA ABIODUN BALOGUN | AYS-1486 | $1,781.13 |
| 20 | ISILAMIATU BALOGUN | AYS-1343 | $148.43 |
| 21 | DELSON BAO | AYS-1100 | $659.68 |
| 22 | VERONICA BARKER | AYS-1222 | $113.12 |
| 23 | FATOUMATA BARRY | AYS-1107 | $2,358.34 |
| 24 | SHANTA BHAGWANTIE | AYS-1173 | $4,353.87 |
| 25 | ASMAU BILESANMI | AYS-1536 | $113.12 |
| 26 | FATOUMATA CAMARA | AYS-1072 | $145.38 |
| 27 | PAULETTE BOGLE | AYS-1286 | $10,373.42 |
| 28 | PAULETTE BOSTON | AYS-1426 | $1,698.67 |
| 29 | HYACINTH BRAMWELL | AYS-1322 | $247.38 |
| 30 | JOAN BROWN | AYS-1113 | $197.90 |
| 31 | JOSEPHINE BROWN | AYS-1329 | $2,424.31 |
| 32 | PATRICIA BRYAN | AYS-1271 | $247.38 |
| 33 | MAXINE BYAS | AYS-1102 | $7,305.92 |
| 34 | OLUWATOYIN B CAESAR | AYS-1489 | $113.12 |
| 35 | CLAUDINETTE CHARLES | AYS-1077 | $115.44 |
| 36 | THERESA CHARLES | AYS-1138 | $8,625.27 |
| 37 | THERESA CHARLES | AYS-1138 | $643.18 |
| 38 | ADANNA CHUKUEZI | AYS-1096 | $164.92 |
| 39 | VICTORIA I CHUKWUMAEZE | AYS-1525 | $113.12 |
| 40 | FAVOUR COOKEYGAM | AYS-1196 | $296.85 |
| 41 | KEELON CORNETTE | AYS-1316 | $1,385.32 |

| # | Name | ID | Amount |
|---|------|-----|--------|
| 42 | AFOLAKE CUMMINS | AYS-1062 | $181.41 |
| 43 | CRYSTAL CURTIS | AYS-1356 | $395.81 |
| 44 | JOY DALTON | AYS-1282 | $263.87 |
| 45 | MUSHIRAT DAUDA | AYS-1050 | $113.12 |
| 46 | FRANCES LONGINOTTI | AYS-1512 | $148.43 |
| 47 | REGINA WHITE | AYS-1513 | $113.12 |
| 48 | EMEM DAVIES | AYS-1187 | $824.60 |
| 49 | FATOUMATA DIAKITE | AYS-1364 | $263.87 |
| 50 | DJENABOU DIALLO | AYS-1120 | $3,463.30 |
| 51 | ROSELINE DODO | AYS-1508 | $346.33 |
| 52 | TAIWO DOSUM | AYS-1118 | $113.12 |
| 53 | REGINA SIMKHAEVA | AYS-1075 | $113.12 |
| 54 | SYPRINA ELLIS | AYS-1032 | $181.41 |
| 55 | ERICA M GOBERDHAN | AYS-1076 | $181.73 |
| 56 | ABIOLA FASANMI | AYS-1381 | $874.07 |
| 57 | AUGUSTINA FESTUS | AYS-1182 | $1,764.64 |
| 58 | SOKAN MIGAN | AYS-1514 | $113.12 |
| 59 | JOSEPHINE GBADAMOSI | AYS-1063 | $4,304.39 |
| 60 | REBECCA GIBBS | AYS-1335 | $5,063.02 |
| 61 | CHRISTINE GRAHAM | AYS-1402 | $2,869.59 |
| 62 | PATRICIA GRUBER | AYS-1142 | $113.12 |
| 63 | RAMPYARI HANOOMAN | AYS-1101 | $560.73 |
| 64 | JULIUS HANSON-BURGESSON | AYS-1260 | $173.86 |
| 65 | JACQUELINE HARPER | AYS-1016 | $113.12 |
| 66 | SHERNETT HARRY | AYS-1300 | $2,605.72 |
| 67 | VERONICA HENRY | AYS-1323 | $13,853.21 |
| 68 | MILADYS HERNANDEZ | AYS-1374 | $113.12 |
| 69 | MARIA L HERRERA DE DE LA CRUZ | AYS-1550 | $113.12 |
| 70 | NAWEEDA CHISARA HIGGINS | AYS-1339 | $379.31 |
| 71 | NAWEEDA CHISARA HIGGINS | AYS-1339 | $113.12 |
| 72 | CARLINE HILL | AYS-1285 | $1,418.30 |
| 73 | BUKOLA R OLADAPO | AYS-1471 | $3,555.83 |
| 74 | RENEE HOLLEY | AYS-1275 | $113.12 |
| 75 | SAMANTHA HOLNESS | AYS-1333 | $113.12 |
| 76 | MARCIA HUERTAS | AYS-1070 | $181.41 |
| 77 | OGECHI IBE | AYS-1160 | $973.02 |
| 78 | NIRUPA DEOLARIE ISHMAEL | AYS-1477 | $2,506.77 |
| 79 | FATOUMATA JAITEH | AYS-1237 | $6,250.44 |
| 80 | WADLYNE JEAN LOUIS | AYS-1330 | $113.12 |
| 81 | ABOSEDE JIMOH | AYS-1395 | $181.73 |
| 82 | FRANCISCA JOAQUIN | AYS-1556 | $243.40 |
| 83 | AUDREY JOHNSON | AYS-1024 | $1,022.50 |
| 84 | MAUREL (DIANE) KAITEN | AYS-1114 | $268.39 |
| 85 | JOANNE LAPORTE | AYS-1190 | $113.12 |
| 86 | MONA LARYEA-WALKER | AYS-1312 | $113.12 |
| 87 | MARY LION | AYS-1363 | $1,159.12 |

| | | | |
|---|---|---|---:|
| 88 | KATHLEEN LONG | AYS-1124 | $2,919.07 |
| 89 | ELIZABETH LOPEZ | AYS-1590 | $113.12 |
| 90 | NADIRA RAMSINGH MAHADAN | AYS-1135 | $3,298.38 |
| 91 | SHAHNAZ MARTHA | AYS-1388 | $1,955.57 |
| 92 | THEONI MASOURA | AYS-1244 | $550.09 |
| 93 | NICOLE MATTHEWS | AYS-1259 | $113.12 |
| 94 | MAGATTE MBAYE | AYS-1332 | $113.12 |
| 95 | AFOLASADE MCDANIEL | AYS-1380 | $545.18 |
| 96 | GLORIA MILLS | AYS-1392 | $252.84 |
| 97 | STELLA MORDI | AYS-1401 | $923.55 |
| 98 | BELINDA NELSON | AYS-1412 | $1,269.88 |
| 99 | CATHERINE NGO BAKOUBLE | AYS-1046 | $230.89 |
| 100 | CHINWE VIRGINA NWALIOBA | AYS-1246 | $1,187.42 |
| 101 | COMFORT OKEOWO | AYS-1116 | $131.94 |
| 102 | CONSTANCE OKHIRIA | AYS-1053 | $115.44 |
| 103 | TAIWO AJOKE OLADEINDE | AYS-1495 | $2,457.30 |
| 104 | TAYO OLANLEGE | AYS-1261 | $395.81 |
| 105 | ADEKEMI ABOSEDE OLATIMILEHIN | AYS-1476 | $1,269.88 |
| 106 | AJISOLA OLUSOLA IGE | AYS-1060 | $113.12 |
| 107 | OLUYEMI ADETUTU OSHINAIKE | AYS-1496 | $1,077.91 |
| 108 | MODINAT OSHO | AYS-1506 | $725.64 |
| 109 | ARAMATA (OUALI) OUALI | AYS-1031 | $113.12 |
| 110 | DENISE PERKINS | AYS-1205 | $643.18 |
| 111 | CHARMAINE PETGRAVE | AYS-1033 | $113.12 |
| 112 | ZDENKA POPOVIC | AYS-1243 | $395.81 |
| 113 | MAUREEN PURCELL | AYS-1078 | $113.12 |
| 114 | RACHAEL PURCELL | AYS-1093 | $1,368.83 |
| 115 | BIPHANIE RAMLAL | AYS-1125 | $6,959.59 |
| 116 | ANA RANGASAMI | AYS-1181 | $1,385.32 |
| 117 | MARIA RANGASMI | AYS-1172 | $3,496.29 |
| 118 | SARTHE REMY | AYS-1128 | $113.12 |
| 119 | MARCIA ANN MARIE RICHARDS | AYS-1123 | $5,755.68 |
| 120 | NICOLE RILEY | AYS-1437 | $113.12 |
| 121 | IDA ROSE | AYS-1366 | $113.12 |
| 122 | SAMUEL SAMPENE | AYS-1192 | $907.06 |
| 123 | INDRA SEERAJ | AYS-1126 | $2,110.97 |
| 124 | SOKAN MIGAN | AYS-1514 | $3,616.20 |
| 125 | SHARON SIMPSON | AYS-1301 | $1,137.94 |
| 126 | ANDREA SMITH | AYS-1131 | $5,544.05 |
| 127 | BEVERLEY SMITH | AYS-1037 | $1,302.86 |
| 128 | MYTZI STEWART | AYS-1088 | $113.12 |
| 129 | JOVIA ESTHER TORREZ | AYS-1488 | $890.56 |
| 130 | MARY CHINASA UDUNMA | AYS-1491 | $3,463.30 |
| 131 | CHELSEY VELEZ | AYS-1047 | $1,121.45 |
| 132 | EMILY VERDINER | AYS-1054 | $115.44 |
| 133 | TEINA WALDRON | AYS-1058 | $131.94 |

| # | Name | ID | Amount |
|---|---|---|---|
| 134 | KATRINA DEAR | AYS-1079 | $960.07 |
| 135 | CARREL WALTERS | AYS-1015 | $113.12 |
| 136 | KEMEISHA WATSON | AYS-1059 | $113.12 |
| 137 | CAROL WHITE | AYS-1122 | $969.76 |
| 138 | BUSOLA WILLIAMS | AYS-1176 | $692.66 |
| 139 | DORIS YEBOAH | AYS-1537 | $940.04 |
| 140 | IYABO ADENIKE ADELAJA | AYS-1469 | $113.12 |
| 141 | YEMISI ADENIKE ADELE | AYS-1463 | $113.12 |
| 142 | OLUWAYEMI JULIANA AJIBADE | AYS-1095 | $113.12 |
| 143 | ENIOLA AJOSE | AYS-1457 | $113.12 |
| 144 | MST AKHTER | AYS-1468 | $113.12 |
| 145 | ABIOLA IDOWU AKINBOYE | AYS-1493 | $113.12 |
| 146 | MOSAMMAT N AKHTER | AYS-1602 | $113.12 |
| 147 | BISOLA GANIYAT ALAO | AYS-1461 | $113.12 |
| 148 | MARIE CLAUDE ALLUME JOSEPH | AYS-1214 | $113.12 |
| 149 | TRACY ANN ANDERSON | AYS-1247 | $113.12 |
| 150 | JONAS ASIAMAH | AYS-1438 | $113.12 |
| 151 | TALE ABIGEAL AWE | AYS-1470 | $113.12 |
| 152 | SHAMWATTIE BACHU | AYS-1056 | $113.12 |
| 153 | CELENIA BAEZ | AYS-1164 | $113.12 |
| 154 | MARIAMA JURIA BAH | AYS-1383 | $113.12 |
| 155 | JUVY ANN BANUAG | AYS-1337 | $113.12 |
| 156 | GAILINE BAPTISTE | AYS-1073 | $113.12 |
| 157 | DIANE BAPTISTE | AYS-1518 | $113.12 |
| 158 | KERI-ANN BARNES | AYS-1052 | $113.12 |
| 159 | FABRICE BARNES | AYS-1119 | $113.12 |
| 160 | FATMATA BARRIE | AYS-1198 | $113.12 |
| 161 | IMAN BARRON | AYS-1516 | $113.12 |
| 162 | MARIAMA D BARRY | AYS-1071 | $113.12 |
| 163 | ANSOLEE BASCOE | AYS-1298 | $113.12 |
| 164 | ANABEL BAUTISTA | AYS-1239 | $113.12 |
| 165 | CHANDRAWATTIE BEERAM | AYS-1005 | $113.12 |
| 166 | THAIJWATTIE BEERAM | AYS-1008 | $113.12 |
| 167 | GANIYAT BELLO | AYS-1149 | $113.12 |
| 168 | MARIA BLACKWOOD | AYS-1009 | $113.12 |
| 169 | IRENA BREJNIKA | AYS-1179 | $113.12 |
| 170 | MOHINI BRELAND | AYS-1206 | $113.12 |
| 171 | DINAMARCA BRITO | AYS-1630 | $113.12 |
| 172 | PAULINE BROWN | AYS-1091 | $113.12 |
| 173 | JOAN BROWN | AYS-1113 | $113.12 |
| 174 | FATOUMATA CAMARA | AYS-1072 | $113.12 |
| 175 | ALEXANDRA A CARELA ZAPATA | AYS-1583 | $113.12 |
| 176 | VIRGINIA CASTILLO | AYS-1146 | $113.12 |
| 177 | CHARINA CASTILLO VALENCIA | AYS-1626 | $113.12 |
| 178 | FEROUSE CAYO | AYS-1277 | $113.12 |
| 179 | BARRY CLAIR | AYS-1369 | $113.12 |

| | | | |
|---|---|---|---:|
| 180 | RUTH CLOTAIRE | AYS-1482 | $113.12 |
| 181 | ANDREA COLEMAN | AYS-1068 | $113.12 |
| 182 | PATRICIA COVINGTON | AYS-1158 | $113.12 |
| 183 | OLUTOPE CRAFT | AYS-1178 | $113.12 |
| 184 | ANNETTE CROSBY | AYS-1154 | $113.12 |
| 185 | EVANGELISTA M CRUZ DE CHECO | AYS-1581 | $113.12 |
| 186 | MILAGRO CRUZ RODRIGUEZ | AYS-1211 | $113.12 |
| 187 | BENEYA CRUZ-CESANI | AYS-1669 | $113.12 |
| 188 | KEMLYN CLEOPATRA CUDJOE | AYS-1194 | $113.12 |
| 189 | JUDEAN CUFF | AYS-1640 | $113.12 |
| 190 | FAITH DARAMOLA | AYS-1405 | $113.12 |
| 191 | JEAN DAVIDSON | AYS-1373 | $113.12 |
| 192 | STEFFANIE DE JESUS | AYS-1621 | $113.12 |
| 193 | JOSEFINA DE JESUS POLANCO | AYS-1643 | $113.12 |
| 194 | JEANNETTE A DE LA ROSA DE VASQUEZ | AYS-1570 | $113.12 |
| 195 | PROMILA DEVI | AYS-1409 | $113.12 |
| 196 | BARSA DHUNGANA | AYS-1287 | $113.12 |
| 197 | DEBBIE R DICKSON | AYS-1659 | $113.12 |
| 198 | KAMRUN N DOLLY | AYS-1647 | $113.12 |
| 199 | DENISE DOR | AYS-1132 | $113.12 |
| 200 | NATHALIE DORSEY | AYS-1089 | $113.12 |
| 201 | KALISHA DYCE | AYS-1174 | $113.12 |
| 202 | KAFAYAT MORENIKEJI ESHINLOKUN | AYS-1484 | $113.12 |
| 203 | YESSICA P ESPINAL HOLGUIN | AYS-1568 | $113.12 |
| 204 | LUCIE ETIENNE | AYS-1501 | $113.12 |
| 205 | RENALDA EXANTUS | AYS-1376 | $113.12 |
| 206 | NGOZI CYNTHIA EZENWOSU | AYS-1420 | $113.12 |
| 207 | MARIE FALAISE | AYS-1152 | $113.12 |
| 208 | TEMITOPE FAMIYESIN | AYS-1342 | $113.12 |
| 209 | LATOYA FEREBEE | AYS-1378 | $113.12 |
| 210 | FARRAH MELISSA FOSTER | AYS-1427 | $113.12 |
| 211 | RAMONA FRANCISCO | AYS-1610 | $113.12 |
| 212 | BIDDIAWATIE GANGA | AYS-1325 | $113.12 |
| 213 | ROSA LILIANA GARCIA | AYS-1218 | $113.12 |
| 214 | MANOLY GERMAIN | AYS-1359 | $113.12 |
| 215 | MARIA GILL | AYS-1313 | $113.12 |
| 216 | KENOLD GLOSY | AYS-1083 | $113.12 |
| 217 | SANTA GILDA GOMEZ DE ALEMAN | AYS-1604 | $113.12 |
| 218 | AMA GRANT | AYS-1400 | $113.12 |
| 219 | CHARMAIN CECEILSA GROSS | AYS-1338 | $113.12 |
| 220 | WILLIAM GYAPONG | AYS-1080 | $113.12 |
| 221 | SHONTA HARRIS | AYS-1067 | $113.12 |
| 222 | TARA HARSNALLIE | AYS-1544 | $113.12 |
| 223 | ROSA MARIA HERNANDEZ | AYS-1199 | $113.12 |
| 224 | MARIBEL HERNANDEZ PAREDES | AYS-1572 | $113.12 |
| 225 | BIBI HUSAIN | AYS-1026 | $113.12 |

| | | | |
|---|---|---|---|
| 226 | AYESHATU IBRAHIM | AYS-1597 | $113.12 |
| 227 | MODINAT IGBEARE ABIMBOLA | AYS-1460 | $113.12 |
| 228 | JOSE IGLESIAS | AYS-1082 | $113.12 |
| 229 | UCHENNA BLESSING IWUGO | AYS-1478 | $113.12 |
| 230 | SHANIQUE JACKSON | AYS-1232 | $113.12 |
| 231 | ATLENE JACKSON-HOSSACK | AYS-1394 | $113.12 |
| 232 | SALIM JACQUES | AYS-1156 | $113.12 |
| 233 | ANJANI JAGGERNATH | AYS-1049 | $113.12 |
| 234 | FNU JASMATTIE | AYS-1208 | $113.12 |
| 235 | PATRICIA JEAN LOUIS | AYS-1331 | $113.12 |
| 236 | MYRLANDE JEAN LOUIS | AYS-1440 | $113.12 |
| 237 | DIANA JIMENEZ LEON | AYS-1424 | $113.12 |
| 238 | JUNA JOSEPH | AYS-1129 | $113.12 |
| 239 | SHAVINDER KAUR | AYS-1090 | $113.12 |
| 240 | BHUPINDER KAUR | AYS-1098 | $113.12 |
| 241 | NIRMAL KAUR | AYS-1106 | $113.12 |
| 242 | RAVINDER KAUR | AYS-1108 | $113.12 |
| 243 | SATWINDER KAUR | AYS-1165 | $113.12 |
| 244 | KULWINDER KAUR | AYS-1224 | $113.12 |
| 245 | BALBIR KAUR | AYS-1352 | $113.12 |
| 246 | RAJWINDER KAUR | AYS-1467 | $113.12 |
| 247 | KIRANJOT KAUR | AYS-1515 | $113.12 |
| 248 | NARINDER KAUR | AYS-1599 | $113.12 |
| 249 | HUMAIRA KHAN | AYS-1212 | $113.12 |
| 250 | MARIE ROSE LALLEMAND JEAN | AYS-1377 | $113.12 |
| 251 | OMOWUNMI LAPITE | AYS-1185 | $113.12 |
| 252 | DEYSIS A LARA AMPARO | AYS-1651 | $113.12 |
| 253 | KASHEEM ASHLEY LATHAM | AYS-1235 | $113.12 |
| 254 | KIMBERLENE ALYSSA LEVY CELESTIN | AYS-1236 | $113.12 |
| 255 | LOUISE DEL CARMEN LOPEZ | AYS-1216 | $113.12 |
| 256 | FIOR LORA SANCHEZ | AYS-1045 | $113.12 |
| 257 | ADAOBI LOT | AYS-1150 | $113.12 |
| 258 | YOUSELINE M LUCIEN | AYS-1034 | $113.12 |
| 259 | KIANA MARTINEZ | AYS-1638 | $113.12 |
| 260 | MADJERY MASSE | AYS-1526 | $113.12 |
| 261 | BETTY MATHIEU | AYS-1667 | $113.12 |
| 262 | SHALEESA MCCOY | AYS-1279 | $113.12 |
| 263 | NORMA MEDINA NUNEZ | AYS-1540 | $113.12 |
| 264 | DENORA MEDRANO | AYS-1644 | $113.12 |
| 265 | DELLA MENDEZ | AYS-1134 | $113.12 |
| 266 | PAUL MENSAH | AYS-1220 | $113.12 |
| 267 | LYNDA MERILUS | AYS-1334 | $113.12 |
| 268 | CHARMAINE MILLER | AYS-1136 | $113.12 |
| 269 | ROMAN MINAYEV | AYS-1227 | $113.12 |
| 270 | EMMANUEL MIREKU | AYS-1248 | $113.12 |
| 271 | FABIOLA MOISE | AYS-1064 | $113.12 |

| | | | |
|---|---|---|---|
| 272 | ESTEBANIA MONROSE | AYS-1265 | $113.12 |
| 273 | GINNETTE MOTA | AYS-1245 | $113.12 |
| 274 | ELIZABETH MOYA MARTE | AYS-1591 | $113.12 |
| 275 | PETER-GAY MULLINGS | AYS-1288 | $113.12 |
| 276 | NORLIE NICOLAS | AYS-1242 | $113.12 |
| 277 | BRIDGET NSIAH | AYS-1511 | $113.12 |
| 278 | EBELE HELEN NWANAGU | AYS-1414 | $113.12 |
| 279 | AUGUSTINA OBIORA | AYS-1241 | $113.12 |
| 280 | FESTUS OBODOAGWU | AYS-1183 | $113.12 |
| 281 | RACHEL ADZO ODAME | AYS-1490 | $113.12 |
| 282 | AGNES ISIMEMEN ODIA | AYS-1474 | $113.12 |
| 283 | SYLVESTER O'GILVIE | AYS-1368 | $113.12 |
| 284 | OMOLOLA OMOWUNMI OGUNDELE | AYS-1500 | $113.12 |
| 285 | ONOKELEWA (FRANCIS) OKHIRIA | AYS-1084 | $113.12 |
| 286 | MARTHA HALIMA OKOLI | AYS-1197 | $113.12 |
| 287 | WIDNIE OLIVIER | AYS-1494 | $113.12 |
| 288 | IJEOMA A OPARA | AYS-1479 | $113.12 |
| 289 | DOMINICANA ORTIZ DE PICHARDO | AYS-1629 | $113.12 |
| 290 | VIRGINIA ORTIZ RODRIGUEZ | AYS-1573 | $113.12 |
| 291 | GAYLORD OSEI | AYS-1240 | $113.12 |
| 292 | ROSMERY PAEZ DE DIAZ | AYS-1566 | $113.12 |
| 293 | CHERYL PALMER CRICHLOW | AYS-1268 | $113.12 |
| 294 | GLORIA PARKER WHITE | AYS-1266 | $113.12 |
| 295 | DARLINE PAUL | AYS-1141 | $113.12 |
| 296 | DAMILOLA AYOBAMI PETER | AYS-1534 | $113.12 |
| 297 | JOYCE PHAYKOO | AYS-1094 | $113.12 |
| 298 | CATI PICHARDO TINEO | AYS-1284 | $113.12 |
| 299 | BISSOONDAI PRASHAD | AYS-1386 | $113.12 |
| 300 | ROSE PRESUME | AYS-1162 | $113.12 |
| 301 | JASPREET KAUR PUNIA | AYS-1498 | $113.12 |
| 302 | SEETARA RAMDEO | AYS-1399 | $113.12 |
| 303 | ANA RAMOS | AYS-1365 | $113.12 |
| 304 | VELMA LORAINE RICHARDS | AYS-1200 | $113.12 |
| 305 | BILIKIS MOSUNMOLA RICHARDSON | AYS-1509 | $113.12 |
| 306 | ANA RIVERA SANCHEZ | AYS-1184 | $113.12 |
| 307 | CARMEN ROBINSON | AYS-1267 | $113.12 |
| 308 | DARLENE DESBORDES ROMAIN | AYS-1510 | $113.12 |
| 309 | SUSANA ROMAN | AYS-1086 | $113.12 |
| 310 | NOEMI ROSA | AYS-1529 | $113.12 |
| 311 | MARJORIE ROWE JONES | AYS-1048 | $113.12 |
| 312 | MARIE SOLANGE SAINVIL | AYS-1345 | $113.12 |
| 313 | KARINA SALCEDO | AYS-1249 | $113.12 |
| 314 | FAUSAT ATINUKE SALIU | AYS-1473 | $113.12 |
| 315 | MARTHA SANCHEZ | AYS-1148 | $113.12 |
| 316 | SHELTON SAN SANFORD | AYS-1600 | $113.12 |
| 317 | MARILYN SANTANA | AYS-1188 | $113.12 |

| 318 | MANWINDERJIT SINGH | AYS-1421 | $113.12 |
| 319 | ELIZABETH SODEKE | AYS-1087 | $113.12 |
| 320 | GAITREE SOOKHU | AYS-1099 | $113.12 |
| 321 | KADIATOU HADJA SOW | AYS-1406 | $113.12 |
| 322 | ALTHEA STANDFORD | AYS-1097 | $113.12 |
| 323 | ANEEKA STEER | AYS-1656 | $113.12 |
| 324 | PRAIMATTIE SUEDASS | AYS-1620 | $113.12 |
| 325 | ABDUL TANKO | AYS-1081 | $113.12 |
| 326 | MERCEDES TAVAREZ | AYS-1547 | $113.12 |
| 327 | JACQUELINE TAYLOR | AYS-1375 | $113.12 |
| 328 | DJENABOU (JEN) THIAM | AYS-1069 | $113.12 |
| 329 | ANNY ROSY TORRES DE DILONE | AYS-1592 | $113.12 |
| 330 | KETTIA TOUSSAINT | AYS-1157 | $113.12 |
| 331 | MARCIA TUCKER | AYS-1104 | $113.12 |
| 332 | ABRAHAM TWENE | AYS-1269 | $113.12 |
| 333 | EVELYN OMEMIRORO VANCE | AYS-1390 | $113.12 |
| 334 | SELENA VELAZQUEZ | AYS-1296 | $113.12 |
| 335 | DAMARIS E VERAS | AYS-1576 | $113.12 |
| 336 | PAULINE VIDAL | AYS-1042 | $113.12 |
| 337 | ALIYA WAHEED | AYS-1411 | $113.12 |
| 338 | KULDEEP K WALIA | AYS-1492 | $113.12 |
| 339 | STACIE WALKER-CLARK | AYS-1403 | $113.12 |
| 340 | GLADYS YOLANDA YUPA MURUDUMBAY | AYS-1233 | $113.12 |
| 341 | NACHARA ANN ZACHARY | AYS-1202 | $113.12 |
| 342 | ASHLEE JAHNEECE ZACHARY | AYS-1204 | $113.12 |
| 343 | KETLEY ZAMOR | AYS-1151 | $113.12 |
| 344 | RAMATOU ZONGO | AYS-1497 | $113.12 |